UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.G.,

        Plaintiff,                             Case No. 1:24–cv–00833–RJJ–SJB

v.                                       Hon. Robert J. Jonker

MICHIGAN DEPARTMENT OF
EDUCATION, et al.,

        Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above–captioned case was filed in this court on August 12, 2024 .   The case has been assigned to Robert J. Jonker .

CLERK OF COURT

Dated:  August 13, 2024      By:   /s// P. Woods_____
                                                  Deputy Clerk