**Index of Exhibits**

1. Decision and Order - 23-034010

2. Decision and Order - 24-001329

3. Cooperative Agreement