UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.G. o/b/o G.G.,

    Plaintiff/Appellant/Petitioner,

v

KELLOGGSVILLE PUBLIC SCHOOLS and KENT INTERMEDIATE SCHOOL DISTRICT,

    Defendants/Appellees/Respondents,

and

MICHIGAN DEPARTMENT OF EDUCATION,

    Defendant.

No. 1:24-cv-833

HON. ROBERT J. JONKER

MAG. SALLY J. BERENS

**DEFENDANT MICHIGAN DEPARTMENT OF EDUCATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

---

Elizabeth K. Abdnour (P78203)
Coriann Gastol (P74904)
ABDNOUR WEIKER LLP
Attorneys for Plaintiff/Appellant/Petitioner
500 E. Michigan Ave., Suite 130
Lansing, MI 48912
(517) 994-1776
liz@education-rights.com
coriann@education-rights.com

Matthew C. McCann (P85286)
MOSS & COLELLA, PC
Attorney for Plaintiff/Appellant/Petitioner
28411 Northwestern Hwy., Suite 1150
Southfield, MI 48034
(248) 945-0100
mmccann@mosscolella.com

Mark T. Ostrowski (P49761)
Jessica M. Stark-Flechsig (P80647)
Kyle J. Zielinski (P83962)
KLUCZYNSKI, GIRTZ & VOGELZANG
Attorneys for Defendant/Appellee/Respondent Kelloggsville Public Schools
3033 Orchard Vista Drive, S.E., Suite 308
Grand Rapids, MI 49546
(616) 559-8649
marko@kgvlaw.com

Timothy J. Mullins (P28021)
Travis Comstock (P72025)
GIARMARCO, MULLINS & HORTON, P.C.
Attorneys for Defendant/Appellee/Respondent Kent Intermediate School District
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, MI 48084
(248) 457-7036
tcomstock@gmhlaw.com

Ticara D. Hendley (P81166)
BreAnna J. Listermann (P87549)
Assistant Attorneys General
Attorneys for Defendant
Michigan Dept of Education
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603
hendleyt1@michigan.gov
ListermannB@michigan.gov

## DEFENDANT MICHIGAN DEPARTMENT OF EDUCATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

For the reasons set forth in the accompanying brief, Defendant Michigan Department of Education (MDE), respectfully moves this Court for an order dismissing all claims asserted in the Complaint against them with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6) and granting them such and further relief as the Court deems just and appropriate.

Under Local Rule 7.1(d), counsel for Defendant MDE sought Plaintiff's concurrence with this motion and its legal bases on November 1, 2024.

Plaintiff did not concur with the relief requested in this motion.

                                      Respectfully submitted,

                                      /s/ *Ticara D. Hendley*
                                      Ticara D. Hendley (P81166)
                                      BreAnna J. Listermann (P87549)
                                      Assistant Attorneys General
                                      Attorneys for Defendant MDE
                                      Health, Education & Family
                                      Services Division
                                      P.O. Box 30758
                                      Lansing, MI  48909
                                      (517) 335-7603

Dated: November 4, 2024