UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.G. o/b/o G. H.,

    Plaintiff/ Appellant/ Petitioner,

v

KELLOGGSVILLE PUBLIC SCHOOLS and KENT INTERMEDIATE SCHOOL DISTRICT,

    Defendants/Appellees/Respondents,

and

MICHIGAN DEPARTMENT OF EDUCATION,

    Defendant.

Case No.  1:24-cv-833

HON. ROBERT J. JONKER

MAG. SALLY J. BERENS

## INDEX OF EXHIBITS

| Exhibit | Document title | Document date (if applicable) |
|---|---|---|
| 1 | Decision and Order | February 7, 2024 |
| 2 | Decision and Order | May 15, 2024 |
| 3 | *T.M. v. Mich. Dep't of Educ.*, No. 1:23-cv-762 2024 U.S. Dist. LEXIS 148521 (W.D. Mich. Aug. 20, 2024) | August 20, 2024 |
| 4 | Unpublished Decisions – *Adams v. Sch Bd of Anoka-Hennepin Indep. Sch Dist. No. 11*, No. 02-991, 2002 U.S. Dist. LEXIS 22444 (D. Minn. Nov. 18, 2002)<br><br>*Carr v. Dep't of Pub Instruction,* No. 17-cv-413, 2018 U.S. Dist. LEXIS 28441 (W.D. Wis. Feb. 22, 2018) | |