UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.G.,

       Plaintiff,                    Case No. 1:24–cv–00833–RJJ–SJB

  v.                                        Hon. Robert J. Jonker

MICHIGAN DEPARTMENT OF
EDUCATION, et al.,

       Defendants.
_____/

## NOTICE OF HEARING CANCELLATION

      The Rule 16 scheduling conference set in this matter for **November 6, 2024** is hereby **CANCELLED. The hearing shall be rescheduled to a date to be determined.**

                                              ROBERT J. JONKER
                                              United States District Judge

Dated:  November 5, 2024       By:   /s/ Stephanie Carpenter_____
                                                   Case Manager