UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.G.,

       Plaintiff,                         Case No. 1:24–cv–00833–RJJ–SJB

    v.                                   Hon. Robert J. Jonker

MICHIGAN DEPARTMENT OF
EDUCATION, et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Scheduling Conference |
| Date/Time: | January 28, 2025   04:00 PM *(previously set for 11/6/24)* |
| Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

*Updated Joint Status Report due no later than 1/21/2025.*

                                                           ROBERT J. JONKER
                                                           United States District Judge

Dated:  November 12, 2024       By:   /s/ Stephanie Carpenter
                                                        Case Manager