# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| L.G., | Case No. 1:24-cv-833 |
| Plaintiff, | |
| v. | Hon. Robert J. Jonker |
| KELLOGGSVILLE PUBLIC SCHOOLS, et al., | |
| Defendants. | |

## STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO MOTIONS TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants that the deadline for the Plaintiff to file a response to Defendants KISD and MDE's Motions to Dismiss be extended from Friday, November 29, 2024, and Monday, December 2, 2024, respectively, to Monday, December 9, 2024.

Plaintiff respectfully requests this additional time for her counsel to spend time with family over the Thanksgiving holiday.

No party will be prejudiced by adjourning the hearing and extending the deadlines in this matter and Defendants do not oppose the proposed extension.

**IT IS SO STIPULATED** on November 26, 2024.


*/s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour (P78203)
Coriann Gastol (P74904)
ABDNOUR WEIKER LLP
500 E. Michigan Ave., Suite 130
Lansing, MI 48912

(517) 994-1776
liz@education-rights.com
coriann@education-rights.com

Matthew C. McCann (P85286)
MOSS & COLELLA, PC
28411 Northwestern Hwy., Suite 1150
Southfield, MI 48034
(248) 945-0100
mmccann@mosscolella.com

*Attorneys for Plaintiff*

*/s/ Travis Comstock with permission* (P72025)
GIARMARCO, MULLINS & HORTON, PC
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7036
tcomstock@gmhlaw.com

*Attorneys for Defendant Kent ISD*

/s/ *Ticara D. Hendley with permission*
Ticara D. Hendley (P81166)
BreAnna J. Listermann (P87549)
Assistant Attorneys General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603
hendleyt1@michigan.gov
ListermannB@michigan.gov

*Attorneys for Defendant MDE*

## IT IS SO ORDERED.

                              /s/ Robert J. Jonker
                              Hon. Robert J. Jonker
                              U.S. District Court Judge

Dated: December 2, 2024

## CERTIFICATE OF SERVICE

    I, Elizabeth K. Abdnour, counsel for Plaintiff, certify that on November 26, 2024, I filed this Notice by use of this Court's ECF system, which will serve copies to all counsel of record.

/s/ Elizabeth K. Abdnour