UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.G.,

    Plaintiff,

v.

KELLOGGSVILLE PUBLIC SCHOOLS, et al.,

    Defendants.

_____/

Case No. 1:24-cv-833

HON. ROBERT J. JONKER

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Civil Rule 11(a)(5), I, Elizabeth Abdnour, notify the Court that my address has changed as listed below:

Old address:   500 E. Michigan Ave., Suite 130, Lansing, MI 48912

New address:  325 E. Grand River Ave., Suite 250, East Lansing, MI 48823

My telephone number remains the same.

Date:   December 20, 2024

Respectfully submitted,

**/s/ Elizabeth K. Abdnour**
Elizabeth K. Abdnour
ABDNOUR WEIKER, LLP
Attorney for Plaintiff
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
517-994-1776
liz@education-rights.com

1

## **CERTIFICATE OF SERVICE**

      I, Elizabeth K. Abdnour, counsel for Plaintiff, certify that on December 20, 2024, I filed this Notice by use of this Court's ECF system, which will serve copies to all counsel of record.

                                                    */s/ Elizabeth K. Abdnour*
                                                    Elizabeth K. Abdnour