**Index of Exhibits**

4. *TM v MDE*