UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.G. o/b/o G.G.,

    Plaintiff,

v.

KELLOGGSVILLE PUBLIC
SCHOOLS, et al.,

    Defendants.
_____/

CASE NO. 1:24-cv-833

HON. ROBERT J. JONKER

## ORDER

The matter came up for hearing at the Rule 16 scheduling conference on the separate motions to dismiss filed by Defendant Kent ISD (ECF No. 13) and Defendant Michigan Department of Education (ECF No. 14).  For the reasons, recited in full from the bench, **IT IS ORDERED** that:

Plaintiff's state law claims under Count V are **DISMISSED** without prejudice because the Court declines to exercise supplemental jurisdiction;

Defendant Kent ISD's Motion to Dismiss (ECF No. 13) is **DENIED**; and

Defendant Michigan Department of Education's Motion to Dismiss (ECF No. 14) is **GRANTED.**

Dated:  January 28, 2025

    /s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE