# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

## MINUTES

L.G.,

v.

KELLOGGSVILLE PUBLIC SCHOOLS et al.,

**CASE NO.** 1:24-cv-833
**DATE:** January 28, 2025
**TIME:** 4:02 – 4:39 p.m.
**PLACE:** Grand Rapids
**JUDGE:** Hon. Robert J. Jonker

## APPEARANCES

**PLAINTIFF:**
Elizabeth Kamm Kabdnour

**DEFENDANTS:**
Mark Ostrowski for Kelloggsville Public Schools
Travis Comstock for Kent Intermediate School District
BreAnna Listermann for Michigan Department of Education

## PROCEEDINGS

**NATURE OF HEARING:**
Motion to dismiss Count 1 by defendant Kent Intermediate School District (ECF No. 13) and motion to dismiss by defendant Michigan Department of Education (ECF No. 14) discussed on the record; order to enter; Rule 16 Scheduling Conference held; order to enter.

COURT REPORTER:  Paul Brandell         /s/   S. Carpenter
                                                Case Manager