Elizabeth K. Abdnour, Esq. (OH, MI)
Coriann Gastol, Esq. (MI)
Jacquelyn N. Kmetz, Esq. (MI)
Kathleen Mahoney, Esq. (PA, NJ)
Megan N. Mitchell, Esq. (MI, AK, CO)
Jessica N. Moore, Esq. (OH)
Ruth Pack-Adler, Esq. (OH, MO)
Danielle E. Randolph, Adv. (OH, MI, PA)
Kevin Rouch, Esq. (OH) (Retired)
Renee A. Stromski, Esq. (OH)
Mark A. Weiker, Esq. (OH, MI, PA)

Columbus: (614) 745-2001
Cincinnati: (513) 496-1635
Cleveland: (216) 714-1515
Detroit: (248) 487-1645
Lansing: (517) 994-1776
Pittsburgh: (412) 903-3700
Philadelphia: (215) 234-1732



Lawyers4Students.com

February 24, 2025

Clerk of Courts
U.S. District Court for the Western District of Michigan
399 Federal Building
110 Michigan St NW
Grand Rapids, MI 49503

    **RE:**    *L.G. v. Kelloggsville Public Schools, et al.*
             Case No. 1:24-cv-00833

Dear Clerk:

The parties have selected Lee Silver as facilitative mediator in the above referenced matter. Thank you.

This document is being filed via the CM/ECF system and will be served upon all counsel of record.

                      Very truly yours,
                      ABDNOUR WEIKER, L.L.P.

                      Elizabeth Abdnour