UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.G. o/b/o G.G.

    Plaintiff/Appellant/Petitioner,

v.

Kelloggsville Public Schools and Kent Intermediate School District,

    Defendants/Appellees/Respondents.

CASE NO: 1:24-CV-833

Hon. Robert J. Jonker

Mag. Sally J. Berens

---

Elizabeth K. Abdnour (P78203)
Coriann Gastol (P74904)
ABDNOUR WEIKER LLP
Attorneys for Plaintiff/Appellant/Petitioner
500 E. Michigan Ave., Suite 130
Lansing, MI 48912
(517) 994-1776
liz@education-rights.com
corian@education-rights.com

Matthew C. McCann (P85286)
MOSS & COLELLA, PC
Attorney for Plaintiff/Appellant/Petitioner
28411 Northwestern Hwy., Suite 1150
Southfield, MI 48034
(248) 945-0100
mmccann@mosscolella.com

Mark T. Ostrowski (P49761)
Jessica M. Stark-Flechsig (P80647)
Kyle J. Zielinski (P83962)
KLUCZYNSKI GIRTZ & VOGELZANG
Attorneys for Defendant/Appellee/Respondent Kelloggsville Public Schools
3033 Orchard Vista Dr., S.E., Ste. 308
Grand Rapids, MI 49546
(616) 559-8649
Email: marko@kgvlaw.com
Email: kzielinski@kgvlaw.com

Timothy J. Mullins (P28021)
Travis Comstock (P72025)
GIARMARCO, MULLINS & HORTON, P.C.
Attorneys for Defendant/Appellee/Respondent Kent Intermediate School District
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, MI 48084
(248) 457-7036

---

**PROOF OF SERVICE**

    The undersigned certifies that the Defendant Kelloggsville Public School's Rule 26(a)(1) Initial Disclosures, were served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on February 28, 2025.

By:    ✗ U.S. Mail         ___ Fax
      ___ Certified Mail      ✗ Email

_____
Kyle J. Zielinski