UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

L.G. o/b/o G.G.,

    Plaintiff/Appellant/Petitioner,

v.

KELLOGGSVILLE PUBLIC SCHOOLS
and KENT INTERMEDIATE SCHOOL
DISTRICT,

    Defendants/Appellees/Respondents.

CASE NO: 1:24-CV-833

Hon. Robert J. Jonker

---

| | |
|---|---|
| Elizabeth K. Abdnour (P78203)<br>Coriann Gastol (P74904)<br>ABDNOUR WEIKER LLP<br>Attorneys for Plaintiff<br>325 E Grand River Ave, Suite 250<br>Lansing, MI 48823<br>(517) 994-1776<br>Email: liz@education-rights.com<br>Email: coriann@education-rights.com<br><br>Matthew C. McCann (P85286)<br>FOLEY BARON METZGER & JUIP PLLC<br>Co-counsel for Plaintiff<br>38777 Six Mile Rd., Ste. 300<br>Livonia, MI 48152<br>(734) 742-1800<br>Email: mmccann@fbmjlaw.com | Mark T. Ostrowski (P49761)<br>Jessica M. Stark-Flechsig (P80647)<br>Kyle J. Zielinski (P83962)<br>KLUCZYNSKI, GIRTZ & VOGELZANG<br>Attorneys for Def Kelloggsville PS<br>3033 Orchard Vista Drive, S.E., Suite 308<br>Grand Rapids, MI 49546<br>(616) 559-8649<br>Email: marko@kgvlaw.com<br>Email: jesstark@kgvlaw.com<br>Email: kzielinski@kgvlaw.com<br><br>Timothy J. Mullins (P28021)<br>Travis M. Comstock (P72025<br>GIARMARCO MULLINS AND HORTON<br>Attorneys for Defendant Kent ISD<br>101 W. Big Beaver, 10th Floor<br>Troy, MI 48084<br>(248) 457-7036<br>Email: tmullins@gmhlaw.com<br>Email: tcomstock@gmhlaw.com |

## PROOF OF SERVICE

    The undersigned certifies that the Defendant Kelloggsville Public Schools First Set of Interrogatories and First Set of Requests for Production to Plaintiff were served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses and emails disclosed on the pleadings on June 3, 2025.

*/s/ Lynn R. Lewis*
Lynn R. Lewis