UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

L.G. o/b/o G.G.,

      Plaintiff/Appellant/Petitioner,

v.

KELLOGGSVILLE PUBLIC SCHOOLS
and KENT INTERMEDIATE SCHOOL
DISTRICT,

      Defendants/Appellees/Respondents.

CASE NO:  1:24-CV-833

Hon. Robert J. Jonker

---

Elizabeth K. Abdnour  (P78203)
Coriann Gastol  (P74904)
ABDNOUR WEIKER LLP
Attorneys for Plaintiff
325 E Grand River Ave, Suite 250
Lansing, MI  48823
(517) 994-1776
Email:  liz@education-rights.com
Email:  coriann@education-rights.com

Matthew C. McCann  (P85286)
FOLEY BARON METZGER & JUIP PLLC
Co-counsel for Plaintiff
38777 Six Mile Rd., Ste. 300
Livonia, MI  48152
(734) 742-1800
Email:  mmccann@fbmjlaw.com

Mark T. Ostrowski  (P49761)
Jessica M. Stark-Flechsig  (P80647)
Kyle J. Zielinski  (P83962)
KLUCZYNSKI, GIRTZ & VOGELZANG
Attorneys for Def Kelloggsville PS
3033 Orchard Vista Drive, S.E., Suite 308
Grand Rapids, MI  49546
(616) 559-8649
Email:  marko@kgvlaw.com
Email:  jesstark@kgvlaw.com
Email:  kzielinski@kgvlaw.com

Timothy J. Mullins  (P28021)
Travis M. Comstock  (P72025)
GIARMARCO MULLINS AND HORTON
Attorneys for Defendant Kent ISD
101 W. Big Beaver, 10th Floor
Troy, MI  48084
(248) 457-7036
Email:  tmullins@gmhlaw.com
Email:  tcomstock@gmhlaw.com

---

## PROOF OF SERVICE

    The undersigned certifies that the Defendant Kelloggsville Public Schools Notice of Taking the Deposition of Lakeisha Gibbs was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses and emails disclosed on the pleadings on June _18_ , 2025.

Lynn R. Lewis

1