UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| L.G. o/b/o G.G. | CASE NO: 1:24-CV-833 |
| Plaintiff/Appellant/Petitioner, | Hon. Robert J. Jonker |
| v. | Mag. Sally J. Berens |
| Kelloggsville Public Schools and Kent Intermediate School District, | |
| Defendants/Appellees/Respondents. | |

_____

| | |
|---|---|
| Elizabeth K. Abdnour (P78203)<br>Coriann Gastol (P74904)<br>ABDNOUR WEIKER LLP<br>Attorneys for Plaintiff/Appellant/<br>Petitioner<br>325 E. Grand River Ave., Suite 250<br>East Lansing, MI 48823<br>(517) 994-1776<br>liz@education-rights.com<br>corian@education-rights.com | Mark T. Ostrowski (P49761)<br>Jessica M. Stark-Flechsig (P80647)<br>Kyle J. Zielinski (P83962)<br>KLUCZYNSKI GIRTZ & VOGELZANG<br>Attorneys for Defendant/Appellee/<br>Respondent Kelloggsville Public Schools<br>3033 Orchard Vista Dr., S.E., Ste. 308<br>Grand Rapids, MI 49546<br>(616) 559-8649<br>Email: marko@kgvlaw.com<br>Email: kzielinski@kgvlaw.com |
| Matthew C. McCann (P85286)<br>FOLEY, BARON, METZGER & JUIP<br>Co-Counsel for Plaintiff/Appellant/<br>Petitioner<br>38777 Six Mile Rd., Suite 300<br>Livonia, MI 48152<br>mmccann@fbmjlaw.com | Timothy J. Mullins (P28021)<br>Travis Comstock (P72025)<br>GIARMARCO, MULLINS & HORTON, P.C.<br>Attorneys for Defendant/Appellee/<br>Respondent Kent Intermediate School District<br>Tenth Floor Columbia Center<br>101 West Big Beaver Road<br>Troy, MI 48084<br>(248) 457-7036 |

_____

## **NOTICE OF WITTHDRAWAL AS CO-COUNSEL**

Please take notice that Matthew C. McCann hereby withdraws as co-counsel of record for Plaintiff in the above-referenced action. Following his change in employment earlier this year, Mr. McCann at this time is no longer practicing in the area of plaintiff' special education law. This withdrawal is made with the client's knowledge and consent. Elizabeth K. Abdnour and Coriann Gastol of ABDNOUR WEIKER LLP will remain as counsel for Plaintiff.

Respectfully submitted this 3rd day of September, 2025.

| | |
|---|---|
| /s/<br>Matthew C. McCann (P85286)<br>FOLEY, BARON, METZGER & JUIP<br>Co-Counsel for Plaintiff/Appellant/<br>Petitioner<br>38777 Six Mile Rd., Suite 300<br>Livonia, MI 48152<br>mmccann@fbmjlaw.com | /s/<br>Elizabeth K. Abdnour (P78203)<br>Coriann Gastol (P74904)<br>ABDNOUR WEIKER LLP<br>Attorneys for Plaintiff/Appellant/Petitioner<br>325 E. Grand River Ave., Suite 250<br>East Lansing, MI 48823<br>liz@education-rights.com<br>corian@education-rights.com |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 3rd day of September 2025, I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends and electronic notification to all attorneys of record in this matter.

Respectfully submitted on the 3rd day of September 2025.

             /s/_____

             Matthew C. McCann