# REPORT FOLLOWING
## VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:24-cv-833 | L.G. on behalf of G.G. v. Kelloggsville Public Schools, et. al. | 09/25/2025 |

**PARTIES**                   **Attendees**

| Name | On Behalf Of |
|---|---|
| L.G. | Plaintiff |
| Eric Alcorn | Defendant |
| Jim Alston | Defendant |
| Kimberlee Fountaine | Defendant |
| Cindy Reedy | Defendant |
| David Rodgers | Defendant |
| Janet Sluiter | Defendant |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Elizabeth Abdnour | Plaintiff |
| Mark Ostrowski | Defendant |
| Travis Comstock | Defendant |
|  |  |
|  |  |
|  |  |

Result:     ☑ Case settled in part* - Paperwork will be filed: <u>within 30 days</u>
            ☐ Mediation continuing - Date of Next Session _____
            ☐ Not settled - Mediation Completed

*Plaintiff's claims against Defendant Kellggosville Public Schools were settled at the mediation. However, Plaintiff's claims against Defendant Kent Intermediate School District did not settle.

Dated: September 29, 2025          By:  <u>/s/ Lee T. Silver_____</u>
                                        Lee T. Silver
                                        Mediator