UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.G.,

    Plaintiff,

v.

    CASE NO. 1:24-cv-833

    HON. ROBERT J. JONKER

KELLOGGSVILLE PUBLIC SHOOLS et al.

    Defendants.

_____/

### ORDER SETTING DEADLINE FOR CLOSING DOCUMENTS

The Court having been advised on September 29, 2025, that the plaintiff and defendant Kelloggsville Public Schools have reached a settlement in this matter (ECF No. 57),

**IT IS ORDERED** that closing documents shall be filed with the Court on or before **October 29, 2025**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay, this case will be dismissed as to defendant Kelloggsville Public Schools without prejudice and without costs.

Dated:  October 1, 2025

    /s/ Robert J. Jonker
    ROBERT J. JONKER
    UNITED STATES DISTRICT JUDGE