UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.G. o/b/o G.G.

    Plaintiff/Appellant/Petitioner,

v.

Kelloggsville Public Schools, et al.

    Defendants/Appellees/Respondents.

Case No.: 1:24-cv-833

Hon. Robert J. Jonker

Mag. Sally J. Berens

## STIPULATION AND ORDER TO EXTEND TIME TO FINALIZE SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendant Kelloggsville Public Schools that the deadline for the parties to file dismissal papers in the above captioned case shall be extended from October 29, 2025, to December 12, 2025.

The Parties respectfully request this extension for the following reasons.  First, Plaintiff's counsel was very ill October 3-10, 2025, and was just able to provide Defendant's counsel with her edits to the proposed settlement agreement on October 14, 2025.  Second, on October 14, 2025, Plaintiff's counsel just learned from Plaintiff that G.G. is a Medicaid recipient.  Therefore, to comply with Plaintiff's obligations under M.C.L. 400.106, Plaintiff must notify both the Michigan Department of Health and Human Services (DHHS) and her managed care provider of the proposed settlement.  DHHS and the managed care provider then have a statutorily provided 30-day period to provide Plaintiff with a written itemization of expenses for which it believes KPS may be eligible.  M.C.L. 400.106(d)(10)(a).

No Party will be prejudiced by adjourning the hearing and extending the deadlines in this matter.

**IT IS SO STIPULATED** on October 14, 2025.

| | |
|---|---|
| *s/ Elizabeth K. Abdnour* | *s/ Mark T. Ostrowski with permission* |
| Elizabeth K. Abdnour (P78203) | Mark T. Ostrowski (P49761) |
| Megan N. Mitchell (P87213) | Kyle J. Zielinski (P83962) |
| ABDNOUR WEIKER LLP | KLUCZYNSKI GIRTZ & VOGELZANG |
| 325 E. Grand River Ave., Ste. 250 | 3033 Orchard Vista Dr., S.E., Ste. 308 |
| East Lansing, MI 48823 | Grand Rapids, MI 49546 |
| (517) 994-1776 | (616) 559-8649 |
| liz@education-rights.com | marko@kgvlaw.com |
| megan@education-rights.com | kzielinski@kgvlaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant KPS* |

**IT IS SO ORDERED.**

Dated: _____    _____
Hon. Robert J. Jonker
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I certify that on October 14, 2025, I filed this document by use of this Court's ECF system, which will serve copies to all counsel of record.

*s/ Elizabeth K. Abdnour*