Index of Exhibits

1. Cooperative Agreement 23-24

2. Deposition Transcript of L.G.

3. Order Granting Defendant's Motion for Summary Judgment