# EXHIBIT 1

**COOPERATIVE AGREEMENT TO PROVIDE SPECIAL EDUCATION COUNTYWIDE PROGRAMS AND SERVICES WITHIN THE KENT INTERMEDIATE SCHOOL DISTRICT FOR 2023-24**

This revised Agreement is between all districts listed below in the Kent Intermediate School District for the operation of Center Programs:

| Local School Districts | Phone |
|---|---|
| Byron Center Public Schools, 8542 Byron Center Ave. SW, Byron Center, MI 49315 | 616-878-6100 |
| Caledonia Community Schools, 9753 Duncan Lake Ave., Caledonia, MI 49316 | 616-891-8185 |
| Cedar Springs Public Schools, 204 East Muskegon St., Cedar Springs, MI 49319 | 616-696-1204 |
| Comstock Park Public Schools, 101 School St. NE, Comstock Park, MI 49321 | 616-254-5000 |
| East Grand Rapids Public Schools, 2915 Hall St. SE, East Grand Rapids, MI 49506-3111 | 616-235-3535 |
| Forest Hills Public Schools, 6590 Cascade Rd. SE, Grand Rapids, MI 49546 | 616-493-8800 |
| Godfrey-Lee Public Schools, 1324 Burton St. SW, Wyoming, MI 49509 | 616-241-4722 |
| Godwin Heights Public Schools, 15 - 36th St. SW, Wyoming, MI 49548 | 616-252-2090 |
| Grand Rapids Public Schools, 1331 Franklin St. SE, Grand Rapids, MI 49501-0117 | 616-819-2000 |
| Grandville Public Schools, 3839 Prairie St. SW, Grandville, MI 49418 | 616-254-6550 |
| Kelloggsville Public Schools, 242 - 52nd St. SE, Grand Rapids, MI 49548 | 616-538-7460 |
| Kenowa Hills Public Schools, 2325 Four Mile Rd. NW, Grand Rapids, MI 49544 | 616-784-2511 |
| Kent City Community Schools, 200 North Clover Street, Kent City, MI 49330 | 616-678-7714 |
| Kentwood Public Schools, 5820 Eastern Ave. SE, Kentwood, MI 49508 | 616-455-4400 |
| Lowell Area Schools, 300 High St., Lowell, MI 49331 | 616-987-2500 |
| Northview Public Schools, 4365 Hunsberger NE, Grand Rapids, MI 49525 | 616-363-6861 |
| Rockford Public Schools, 350 N. Main St., Rockford, MI 49341 | 616-863-6320 |
| Sparta Area Schools, 465 S. Union St., Sparta, MI 49345 | 616-887-8253 |
| Thornapple Kellogg Public Schools, 10051 Green Lake Rd., Middleville, MI 49333 | 269-795-3313 |
| Wyoming Public Schools, 3575 Gladiola SW, Wyoming MI 49519 | 616-530-7550 |
| **Public School Academies** | |
| Byron Center Charter School, 9300 Burlingame SW, Byron Center, MI 49315 | 616-878-4852 |
| Chandler Woods Charter Academy, 6895 Samrick Ave Private NE, Belmont, MI 49306 | 616-866-6000 |
| Covenant High School – Grand Rapids, 50 Antoine St SW, Grand Rapids, MI 49507 | 616-364-2000 |
| Creative Technologies Academy, 350 Pine St., Cedar Springs, MI 49319 | 616-696-4905 |
| Cross Creek Charter Academy, 7701 Kalamazoo SE, Byron Center, MI 49315 | 616-656-4000 |
| Excel Charter Academy, 4201 Breton Avenue SE, Grand Rapids, MI 49512 | 616-281-9339 |
| Gerald Dawkins Academy, 1050 Fisk Road SE, Grand Rapids, MI 49507 | 616-219-0027 |
| Grand Rapids Child Discovery Center, 409 Lafayette Ave SE, Grand Rapids, MI 49503 | 616-459-0330 |
| Grand River Preparatory High School, 650 – 52nd Street, SE, Kentwood, MI 49548 | 616-261-1800 |
| Hope Academy of West Michigan, 240 Brown Street SE, Grand Rapids, MI 49507 | 616-301-8458 |
| Knapp Charter Academy, 1759 Leffingwell NE, Grand Rapids, MI 49525 | 616-364-1100 |
| Lighthouse Academy, 3330 36th Street SE, Grand Rapids, MI 49508 | 616-949-3387 |
| New Branches, 3662 Poinsettia Ave SE, Grand Rapids, MI 49508 | 616-243-6221 |
| NexTech High School, 801 Broadway Ave. NW, Suite 225, Grand Rapids, MI 49504 | 616-458-4992 |
| PrepNet Virtual Academy, 3850 Broadmoor Ave SE, Ste 201, Grand Rapids, MI 49512 | 616-222-1700 |
| Ridge Park Charter Academy, 4120 Camelot Ridge Dr. SE, Kentwood, MI 49546 | 616-222-0093 |
| River City Scholars Charter Academy, 944 Evergreen Street, Grand Rapids, MI 49507 | 616-642-3676 |
| Vanguard Charter Academy, 1620 - 52nd St SW, Wyoming, MI 49519 | 616-538-3630 |
| Vista Charter Academy, 711 32nd St. SE, Wyoming, MI 49548 | 616-246-6920 |
| Walker Charter Academy, 1801 Three Mile Rd NW, Walker, MI 49544 | 616-785-2700 |
| Wellspring Preparatory High School, 1031 Page NE, Grand Rapids, MI 49505 | 616-261-1800 |
| West MI Academy of Environmental Science, 4463 Leonard NW, Walker, MI 49534 | 616-791-7454 |
| West Michigan Aviation Academy, 5363 44th Street SE, Grand Rapids, MI 49512 | 616-446-8886 |
| William C. Abney Academy, 1435 E. Fulton, Grand Rapids, MI 49503 | 616-454-5541 |

**Kent Intermediate School District**, 2930 Knapp NE, Grand Rapids MI 49525, (ph: 616-364-1333) is an Intermediate School District as defined in Part 7 of Michigan's Revised School Code, hereinafter referred to on occasion as **the ISD**.

WHEREAS, Section 1751 of the Michigan Revised School Code, MCL 380.1751, provides that a local school district or Public School Academy **(hereinafter referred to on occasion as a "Resident District")** may fulfill its obligation to provide special education programs and services to its resident students by contracting with another local district or an intermediate school district **(hereinafter referred to on occasion as an "Operating District")** and the parties above desire to enter into such an agreement; and

WHEREAS Section 3(3) of Michigan's State School Aid Act of 1979, as amended, MCL 388.1603(3) **(hereinafter referred to as the "State School Aid Act")** defines and authorizes a Cooperative Education Program as "…a voluntary agreement between and among districts to provide certain educational programs for pupils in certain groups of districts;" and

WHEREAS, Section 3(5) of Michigan's State School Aid Act, MCL 388.1603(5) defines "District", for purposes of Section 3(3), to mean, among other things, a local school district or a public school academy; and

WHEREAS, Section 6(4)(a) of Michigan's State School Aid Act, MCL 388.1606(4)(a) states that, "except as otherwise provided in this subsection, a pupil shall be counted in membership in the pupil's educating district or districts"; and

WHEREAS, Sections 6(4)(g) and 6(4)(n) of the State School Aid Act, MCL 388.1606(4)(g) and (n), require that a student enrolled in a public school academy **(hereinafter referred to on occasion as a "PSA Resident District")** who is educated by the Operating District under a Cooperative Education Agreement "… shall be counted in membership only in the public school academy, and the instructional time scheduled for the student in the [Operating District] … shall be included in the full-time equated membership determination under [the State School Aid Act]".

NOW, THEREFORE, for valuable consideration given, the parties hereby mutually agree as follows:

1. **DEFINITIONS.** The words and phrases used in this Agreement shall have the same meanings as provided in Michigan's Revised School Code, the Michigan Special Education Rules and the Michigan State School Aid Act unless otherwise indicated.

2. **TERM.** The term shall be for the 2023-24 school year, specifically July 1, 2023 through June 30, 2024.

3. **PROGRAMS.** See the Appendices to this agreement that list ISD-wide (Appendix A) and Regional (Appendix B) Center programs provided by Operating Districts, pursuant to the definition of center programs in Section 6(1) of the State School Aid Act.

4. **RELATED SERVICES.** During the term of the Agreement, the Operating District shall provide related services listed in an Individualized Education Program (IEP) or Individualized Family Service Plan (IFSP) including but not limited to Psychological Services, Social Work Services, Speech Therapy, Occupational Therapy, Physical Therapy, Teacher Consultant Services, Audiologist, Orientation and Mobility Specialist, Homebound and Hospitalized, Transportation, Nursing and other related services.

5. **OPERATIONAL REQUIREMENTS**
    a. The Program(s) and Related Services(s) shall be operated and provided in accordance with all applicable federal and state laws and regulations as well as in accordance with the Michigan and Kent ISD Plans for the Delivery of Special Education Programs and Services.

    b. The Programs above shall be available, if determined appropriate by an IEP or IFSP Team meeting, to eligible students with disabilities, as determined by an IEP or IFSP Team meeting, residing in any Resident District.

    c. The curriculum of the Program(s) shall be determined by the Operating District considering the individual needs of the participating student(s). The courses offered shall be approved by the

Board of Education of the Operating District. The Operating District shall be responsible for evaluating student performance and assigning grades and credit. Any discipline, up to and including removal of a student from any Program under this Agreement, shall be governed by controlling law and applicable policies and procedures of the Operating District. The Operating District shall exercise its discretion to discipline or remove a student from a Program under this Agreement in a manner that provides an equal opportunity for all students regardless of race, color, creed, religion, national origin, gender, sexual orientation, age, weight, height, disability, and social or economic background as required by law. A student shall graduate from the Operating District, unless otherwise determined mutually by the Operating and Resident Districts.

d. The starting and ending times of the school day and school calendar of the Operating District shall be followed by students participating in Programs or Related Services under this Agreement with regard to instruction provided by the Operating District.

e. The Operating District is responsible for the day-to-day operation of the Programs and Related Services including, but not limited to, the employment and supervision of all necessary instructional and support staff; all necessary facilities and equipment; and all necessary instructional materials and supplies.

f. Following a regional or Kent ISD LRE Needs Review Process, the Resident District shall invite the potential Operating District to the placement meeting of the IEP or IFSP Team by providing reasonable written notice of the meeting and the Operating District shall send such representative(s) as it deems appropriate to participate in that placement IEP or IFSP Team meeting. The Resident District may authorize the Operating District to conduct such IEP or IFSP Team meeting(s) as may be necessary or requested to be held subsequent to the IEP or IFSP Team which placed the student in the Program. The Operating District shall invite the Resident District to be a participant in all such IEP or IFSP Team meetings. The Resident District will authorize the participation of any student attending a program in the Operating District by signing each Notice.

g. Data and Accountability
(i) Student Records/Non-PSA Resident Districts. All non-PSA Resident Districts shall provide the Operating District with copies of all student records, including evaluations, before the placement IEP or IFSP Team meeting is held. The Operating District is responsible for all subsequent evaluations, including 3-year re-evaluations, unless otherwise determined mutually by the Operating and non-PSA Resident District.

(ii) Student Records/PSA Resident Districts. Because the State School Aid Act requires that any student enrolled in a public school academy that participates in a Program or Related Service under this Agreement must be counted in membership only in the public school academy, the PSA Resident Districts shall maintain the Cumulative Record (Form No. CA 60) for each of the students participating in any Programs or receiving Related Services under this Agreement. The PSA Resident Districts shall provide the Operating District with copies of all requested student records, including evaluations, at or before the placement IEP or IFSP Team meeting. The Operating District is responsible for all subsequent evaluations, including 3-year re-evaluations, unless otherwise determined mutually by the Operating and Resident PSA Districts.

(iii) The Operating District shall provide the Resident Districts with copies of or with secure electronic access to copies of all post-placement IEPs or IFSPs, evaluations, re-evaluations, and grade reports. The Resident District and the Operating District shall provide each other with copies of additional student records as may be requested from time to time.

(iv) Student Information Systems. The resident district has full access rights, as the responsible education provider under MCL 380.1751, and the Family Educational Rights and Privacy Act (FERPA), to educational records for a student placed by an IEP or IFSP in any non-resident operating district participating in this agreement. For secure and effective information sharing, all participating districts should utilize the ISD-wide student data management system.

<u>(v) Primary Education Providing Entity (PEPE)</u>. For data submission to the Michigan Student Data System (MSDS), the Michigan Department of Education (MDE) will assign one district as the primary education providing entity (PEPE) for each student. Local data staff should refer to CEPI technical support information for PEPE issues. Operating and Resident Districts shall jointly and promptly resolve PEPE issues with MSDS.

<u>(vi) Shared Educational Entity (SEE/S2E2)</u>.  For state data reporting of students in a program in this agreement, an Operating District hosting non-resident students may apply for a shared educational entity (SEE/S2E2) status from the Center for Educational Performance and Information (CEPI).  When an Operating District is granted a shared entity status, non-resident student data is sent to the *"building pupil would otherwise attend"* in the Resident District for educational accountability calculations. Data from a shared entity program is also reported to the Operating District for planning purposes. A list of all programs including those that prefer to be considered a shared entity is located in Appendix A (ISD-wide programs) and Appendix B (regional programs).

<u>(vii) Districts in this agreement acknowledge that:</u>
(1) Accountability will be attributed to the "building pupil would otherwise attend" in the resident (district based on address), except for:
   a. schools of choice students whose scores will be attributed to the "building pupil would otherwise attend" in the resident district for purpose of FAPE, and
   b. students attending a PSA, which has no defined resident borders, whose scores will be attributed to the operating district.
(2) Entities established as a Shared Educational Entity or a Specialized Shared Educational Entity shall appropriately report students served by the SEE/S2E2. We acknowledge that we will ensure our districts use this code appropriately for only those students receiving educational services in the SEE/S2E2.  We understand that MDE/OPARE retains the right to audit the use of this code, and to take appropriate actions to rescind the code, if necessary.
   a. Districts that do not report the "building pupil would otherwise attend" in the resident district will not have scores sent back for accountability purposes.
   b. Districts that report an incorrect building code for any students will have scores sent back to the incorrect building code, which cannot be corrected outside of an MSDS collection window.

h. Transportation to and from the Operating District shall be the responsibility of the Resident District unless otherwise agreed upon; provided, however, that transportation to and from the Operating District shall be provided by the Operating District at no cost to the Resident District where available through the Operating District's regular neighborhood school bus program. Any transportation, which is necessary for a student between Programs and Services during the school day, shall be provided by the Operating District.

i. In the event a student in a Program requests a due process hearing, the Resident District shall be responsible for making all arrangements for the hearing and paying all hearing costs not otherwise covered by the ISD under the Kent ISD Hearing Procedures; provided, however, that the Operating District shall be responsible for its own attorney's fees and costs in connection with any such hearing. The Operating District shall maintain a student's current placement pending completion of any appeal process unless the student's parents, the Resident District and the Operating District agree otherwise.

j. Split FTE
Kent County Deaf & Hard of Hearing Programs are located at Northview Public Schools. Students in grades Kindergarten and above will have inclusion opportunities in Northview's general education classrooms throughout the day. A Northview teacher will be the teacher of record during these times. Kent ISD and Northview Public Schools agree to split and submit FTEs to the state, based on the actual minutes that students attend special education programming and general education inclusion classes, as reported on Count Day in October and February of the

school year. Kent ISD will remain the operating district for all students enrolled in the Deaf & Hard of Hearing Programs.

k. Diplomas
The Michigan Revised School Code states that Local Education Agencies (LEAs) and Public School Academies (PSAs) can award students a diploma. Kent Intermediate School District Center Programs will maintain transcripts, verifying that students on diploma track have completed the Michigan High School Graduation Requirements (18 credits) and demonstrated proficiency with the content outlined by the state academic standards. Transcripts of students that have met the requirements will be presented to LEAs and PSAs, who will award diplomas to their resident district students.

6. **STATE SCHOOL AID PAYMENTS AND REIMBURSEMENT OF COSTS**
   a. <u>State School Aid Payments</u>. Pursuant to applicable provisions of the State School Aid Act, participating students from PSA Resident Districts shall be counted in membership only in the PSA Resident District and the instructional time scheduled for each such student in the Operating District shall be included in the full-time equated membership determination for the PSA Resident District under the State School Aid Act. In contrast, participating students from non-PSA Resident Districts may be counted in membership, in whole or in part, by the Operating District. Accordingly, as a condition precedent to reimbursement, the Operating District shall maintain complete and accurate attendance records and instructional time records and shall provide all documentation requested or required by the PSA Resident District, ISD or State Pupil Accounting Auditors to ensure and establish membership funding under the State School Aid Act.

   b. <u>Reimbursement</u>. The Resident Districts shall reimburse the Operating District for a participating student's placement in a Program as follows:
   - <u>Center Programs</u>: The Kent ISD Center Program Finance Committee will determine the reimbursement costs and schedules for programs designated as Center Programs in the ISD Plan for Delivery of Special Education Programs and Services taking into account the differing procedures for counting participating students from PSA and non-PSA Resident Districts in membership under the State School Aid Act.

7. **TERMINATION**
A district may not terminate this Agreement during its term. Any district not intending to be a party to this Agreement for the ensuing school year shall provide all other parties to this Agreement with written notice to this effect on or before March 1, of the year of this Agreement. Such notices shall be sent to each district superintendent or other designated authorized individual.

8. **IMMUNITY/INSURANCE**
It is understood and agreed that the Resident and Operating Districts, their respective board members, officers, employees, agents and volunteers are immune from civil liability, both personally and professionally, to the extent permitted by law, for any acts or omissions in the performance of their responsibilities under this Agreement. It is further understood and agreed that the Resident and Operating Districts shall, to the extent practicable, maintain insurance or reserve funds adequate to cover fully claims and occurrences that may or do arise pursuant to this Agreement but for which they do not otherwise enjoy immunity. In the event of litigation, each party shall be responsible for its own attorney's fees and costs.

9. **GENERAL PROVISIONS**
   a. <u>Assignment</u>. No assignment of the Agreement or the rights and obligations hereunder shall be valid without prior written consent of the non-assigning parties.

   b. <u>Amendment</u>. Except as otherwise expressly provided herein, no amendment or variation of the terms of the Agreement shall be valid unless in writing and signed by authorized representatives of each signatory to the original Agreement.

   c. <u>Governing Law</u>. The Agreement shall be construed and governed according to the laws of the State of Michigan, United States of America, without giving effect to conflict of laws provisions.

d. <u>Mediation & Forum Selection</u>. In the event that a dispute arises under this Agreement, the parties agree that they will attempt to resolve the dispute through informal and/or formal mediation before the institution of any formal legal proceedings. Any mediator selected will be mutually acceptable to all of the disputing parties. The federal and state courts of the State of Michigan having jurisdiction over any dispute arising under this Agreement shall be the forum for the resolution of any formal legal proceedings arising under this Agreement.

e. <u>Notices</u>. Except as otherwise expressly provided herein, all notices required or permitted to be given under this Agreement must be in writing and must be mailed by registered or certified mail, return receipt requested.

f. <u>Time of the Essence</u>. The parties understand and agree that time is of the essence in performing their respective responsibilities under this Agreement.

g. <u>Authority</u>. Each individual executing this Agreement on behalf of any party expressly represents and warrants that he/she has authority to do so, and thereby to bind the party on behalf of which/whom he/she signs, to the terms of this Agreement.

h. <u>Divisions and Headings</u>. The divisions of this Agreement into sections and subsections and the use of captions and headings are solely for convenience and shall have no legal affect whatsoever in construing the provisions of this Agreement.

i. <u>Waiver</u>. A waiver by any party of the breach or violation of any provision of the Agreement shall not operate as, or be construed to be, a waiver of any subsequent breach of the Agreement.

j. <u>Force Majeure</u>. None of the parties shall be liable nor deemed to be in default for any delay or failure in performance under the Agreement nor other interruption of service deemed resulting, directly or indirectly, from acts of God, acts of public enemy, war, accidents, fires, explosions, hurricanes, floods, failure of transportation, or any similar cause beyond the reasonable control of a party. In the event that, as a result of a force majeure beyond the control of a party, it is determined by the other party (ies) for it to be impractical for it/them to perform it/their obligation(s) under this Agreement, then any party may, at its option, terminate the Agreement after giving notice to the other parties. Nonetheless, the Operating District shall continue to provide programming and related services to any student who is participating in a Program under this Agreement at the time of termination of the Agreement under the same terms and conditions that programming and related services are thereafter provided to students enrolled in the Operating District and the Resident District shall reimburse the Operating District for a participating student in a manner consistent with the terms of Section 6 of this agreement unless the Districts otherwise agree.

k. <u>Non-assumption of Liabilities</u>. Unless expressly provided herein, the parties do not assume or become liable for any of the existing or future obligations, liabilities, or debts of the other.

l. <u>Relationship of the Parties</u>.  Each party to this Agreement shall be responsible for its own acts and omissions under this Agreement and shall not be responsible for the acts and omissions of any other party. Further, no party shall have the authority, nor shall represent to a third party that it has authority, whether actual, ostensible, apparent, or implied, to bind another party, unless such authority is expressly granted by the terms or conditions of this Agreement.

m. <u>Entire Agreement</u>. The Agreement constitutes the entire Agreement between the parties regarding the subject matter hereof and supersedes any and all other agreements, understandings, negotiations, or representations, whether oral or written, between the parties.

IN WITNESS WHEREOF, the authorized representatives of the parties have executed this Agreement.

(See signature pages following)

**APPENDIX A**
**2023-2024 ISD-WIDE COOPERATIVE SPECIAL EDUCATION PROGRAMS**

| Program Description *SEE/SEE Name* | Operating District | Grades | Current EEM/S2E2 Number | Shared Entity Type | Student Data to Resident District | Resident Districts Served |
|---|---|---|---|---|---|---|
| *Autism Spectrum Disorder (ASD), Moderate Cognitive Impairment (MoCI), Severe Cognitive Impairment (SCI), and/or Severe Multiple Impairment (SXI) Center Programs. Operated by Kent ISD.* | | | | | | |
| **Lincoln Developmental Center** | 41000 | K – Postsecondary | 03478 | n/a | -- | All Kent ISD Local School Districts and Public School Academies 41000 |
| **Lincoln School** | 41000 | K – Postsecondary | 02223 | n/a | -- | |
| **Pine Grove Learning Center** | 41000 | K – Postsecondary | 03549 | n/a | -- | |
| **Empower U** (North, Central, South) | 41000 | Postsecondary | 01473 | n/a | | |
| *Early Childhood Special Education (ECSE), and Early On (Birth-3) Programs at Early Childhood Centers. Operated by Kent ISD.* | | | | | | |
| **Early Childhood Center** South Godwin Elementary | 41000 | 3 – 5 Year Olds | 03205 | n/a | -- | All Kent ISD Local School Districts and Public School Academies 41000 |
| **Early On Kent ISD: Special Education** | 41000 | Birth – 3 Year Olds | 01728 | n/a | -- | |
| *Emotional Impairment (EI). Operated by Kent ISD.* | | | | | | |
| **Kent Education Center–Beltline** | 41000 | 9th – 26 Year Olds | 08441 | n/a | -- | All Kent ISD Local School Districts and Public School Academies 41000 |
| **Kent Education Center–Oakleigh** | 41000 | K – 8th | 02806 | n/a | -- | |
| *Deaf and Hard of Hearing (DHH) Center Program. Operated by Kent ISD* | | | | | | |
| **Kent ISD Oral Deaf** (TC Services @ North Oakview Elementary) | 41000 | Birth – 5th | 03468 | n/a | -- | All Kent ISD Local School Districts and Public School Academies 41000 |
| **Kent ISD Total Communication** (West Oakview Elementary, Highlands Middle, Crossroads Middle, Northview High) | 41000 | Birth – 12th | 00591 | S2E2 | Assessment and Graduation | |

**APPENDIX B**
**2023-24 REGIONAL COOPERATIVE SPECIAL EDUCATION PROGRAMS WITHIN KENT ISD**

| Program Description<br>*SEE/SEE Name* | Operating District | Grades | Current EEM/S2E2 Number | Shared Entity Type | Student Data to Resident District | Resident Districts Served |
|---|---|---|---|---|---|---|
| *Kent ISD Region I Cooperative Programs (also has a separate contract)* | | | | | | |
| **Cedar Springs ASD Program (K-5)** | 41070 | K – 2 | 00591 | S2E2 | Assessment and Graduation | Cedar Springs (41070)<br>Comstock Park (41080)<br>Kenowa Hills (41145)<br>Kent City (41150)<br>Northview (41025)<br>Rockford (41210)<br>Sparta (41240) |
| **Cedar Springs MiCI Program** | 41070 | 4 – 12 | 00591 | S2E2 | Assessment and Graduation | |
| **Comstock Park EI Program (K-2)** | 41080 | K – 2 | 00591 | S2E2 | Assessment and Graduation | |
| **Comstock Park EI Program (3-5)** | 41080 | 3 – 5 | 00591 | S2E2 | Assessment and Graduation | |
| **Comstock Park EI Program (6-8)** | 41080 | 6 – 8 | 00591 | S2E2 | Assessment and Graduation | |
| **Kenowa Hills ASD Program** | 41145 | K – 12 | 00591 | S2E2 | Assessment and Graduation | |
| **Kenowa Hills MiCI Program** | 41145 | K – 12 | 00591 | S2E2 | Assessment and Graduation | |
| **Kent City EI Program (3-5)** | 41150 | 3 – 5 | 00591 | S2E2 | Assessment and Graduation | |
| **Kent City EI Program (6-8)** | 41150 | 6 – 8 | 00591 | S2E2 | Assessment and Graduation | |
| **Rockford ASD Program** | 41210 | K – 12 | 00591 | S2E2 | Assessment and Graduation | |
| **Rockford MiCI Program** | 41210 | 3 – 12 | 00591 | S2E2 | Assessment and Graduation | |
| **Sparta MiCI Program** | 41240 | 9 – 12 | 00591 | S2E2 | Assessment and Graduation | |
| **Sparta MoCI Program** | 41240 | K – 12 | 00591 | S2E2 | Assessment and Graduation | |

**APPENDIX B (p. 2)**
**2023-24 REGIONAL COOPERATIVE SPECIAL EDUCATION PROGRAMS WITHIN KENT ISD**

| Program Description<br>*SEE/SEE Name* | Operating District | Grades | Current EEM/S2E2 Number | Shared Entity Type | Student Data to Resident District | Resident Districts Served |
|---|---|---|---|---|---|---|
| *Kent ISD Region II Cooperative Programs* | | | | | | |
| *None* | | | | | | Caledonia (41050)<br>East Grand Rapids (41090)<br>Forest Hills (41110)<br>Kentwood (41160)<br>Lowell (41170)<br>Thornapple-Kellogg (08050) |
| *Kent ISD Region III Cooperative Programs (also has a separate contract)* | | | | | | |
| **Byron Center MoCI Program** | 41040 | K – 12 | 00591 | S2E2 | Assessment and Graduation | Byron Center (41040)<br>Godfrey Lee (41120)<br>Godwin Heights (41020)<br>Grandville (41130)<br>Kelloggsville (41140)<br>Wyoming (41026) |
| **Godwin Heights ASD Program** | 41020 | K – 5 | 00591 | S2E2 | Assessment and Graduation | |
| **Godwin Heights High School Reg. EI Program** | 41020 | 9 – 12 | 00591 | S2E2 | Assessment and Graduation | |
| **Grandville ASD Program** | 41130 | K – 12 | 00591 | S2E2 | Assessment and Graduation | |
| **Grandville Region III Transition Program** | 41130 | Post 12 | 00591 | S2E2 | Assessment and Graduation | |
| **Wyoming MoCI Program** | 41026 | K – 3 | 00591 | S2E2 | Assessment and Graduation | |
| **Wyoming Regional EI Program** | 41026 | K – 8 | 00591 | S2E2 | Assessment and Graduation | |

# Cooperative Agreement 2023-24
## Local School District Superintendent Signatures

_____
Ron Koehler
Kent Intermediate School District

_____
Kevin Macina, Ph.D.
Byron Center Public Schools

_____
Dirk Weeldreyer (Interim)
Caledonia Community Schools

_____
Scott Smith
Cedar Springs Public Schools

_____
Dave Washburn
Comstock Park Public Schools

_____
Heidi Kattula, Ed.D.
East Grand Rapids Public Schools

_____
Sara Shubel, Ph.D. (Interim)
Forest Hills Public Schools

_____
Arnetta Thompson, Ph.D.
Godfrey Lee Public Schools

_____
William Fetterhoff
Godwin Heights Public Schools

_____
Leadriane Roby, Ph.D.
Grand Rapids Public Schools

_____
Roger Bearup
Grandville Public Schools

_____
James Alston
Kelloggsville Public Schools

_____
Gerald Hopkins
Kenowa Hills Public Schools

_____
Bill Crane
Kent City Community Schools

_____
Kevin Polston
Kentwood Public Schools

_____
Nate Fowler
Lowell Area Schools

_____
Christina Hinds, Ed.D.
Northview Public Schools

_____
Steve Matthews, Ed.D.
Rockford Public Schools

_____
Joel Stoner
Sparta Area Schools

_____
Craig McCarthy
Thornapple Kellogg Schools

_____
Craig Hoekstra
Wyoming Public Schools

9/28/23

# Cooperative Agreement 2023-24
## Public School Academy Signatures

_Mark R. Kasmer_
Mark Kasmer
Byron Center Charter School

_Brianne Lobdell_
Brianne Lobdell
Chandler Woods Charter Academy

_Markeith Large_
Markeith Large
Covenant High School-Grand Rapids

_Autumn Mattson_
Autumn Mattson
Creative Technologies Academy

_Brianne Lobdell_
Brianne Lobdell
Cross Creek Charter Academy

_Brianne Lobdell_
Brianne Lobdell
Excel Charter Academy

_Katie J Alles_
Katie Alles
Gerald Dawkins Academy

_Lisa Nuyens Heyne_
Lisa Nuyens Heyne
Grand Rapids Child Discovery Center

_Brianne Lobdell_
Brianne Lobdell
Grand River Preparatory High School

_Heidi Cate_
Heidi Cate
Hope Academy of West Michigan

_Brianne Lobdell_
Brianne Lobdell
Knapp Charter Academy

_Heidi Cate_
Heidi Cate
Lighthouse Academy

_Ali DuBois_
Ali Dubois
New Branches Charter Academy

_Jeremy McClure_
Jeremy McClure
NexTech High School

_Brianne Lobdell_
Brianne Lobdell
PrepNet Virtual Charter

_Brianne Lobdell_
Brianne Lobdell
Ridge Park Charter Academy

_Brianne Lobdell_
Brianne Lobdell
River City Scholars Charter Academy

_Brianne Lobdell_
Brianne Lobdell
Vanguard Charter Academy

_Brianne Lobdell_
Brianne Lobdell
Vista Charter Academy

_Brianne Lobdell_
Brianne Lobdell
Walker Charter Academy

_Brianne Lobdell_
Brianne Lobdell
Wellspring Preparatory High School

_Ali DuBois_
Ali Dubois
West MI Academy of Envir. Sciences

_Nicole Gasper_
Nicole Gasper
West Michigan Aviation Academy

_Stephanie Davis_
Stephanie Davis
William C. Abney Academy

9/28/23