UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **L.G. obo G.G.**<br><br>        Plaintiff,<br><br>v.<br><br>**KENT INTERMEDIATE SCHOOL DISTRICT,**<br><br>        Defendants. | Case No.: 1:24-cv-833<br><br>Hon. Robert J. Jonker<br><br>**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT KENT INTERMEDIATE SCHOOL DISTRICT** |
| Elizabeth K. Abdnour (P78203)<br>Coriann Gastol (P74904)<br>Jacquelyn Kmetz (P83575)<br>ABDNOUR WEIKER LLP<br>325 E. Grand River Ave., Ste. 250<br>East Lansing, MI 48823<br>(517) 994-1776<br>liz@education-rights.com<br>coriann@education-rights.com<br>jacquelyn@education-rights.com<br><br>*Attorneys for Plaintiff* | Timothy J. Mullins (P28021)<br>Travis M. Comstock (P72025)<br>GIARMARCO, MULLINS, & HORTON, P.C.<br>Tenth Floor Columbia Center<br>101 West Big Beaver Rd.<br>Troy, MI 48084-5280<br>(248) 457-7036<br>tmullins@gmhlaw.com<br>tcomstock@gmhlaw.com<br><br>*Attorneys for Defendant Kent ISD* |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS
TO DEFENDANT KENT INTERMEDIATE
SCHOOL DISTRICT**

For the reasons stated in the accompanying brief, Plaintiff L.G. o/b/o G.G., moves for an order granting Plaintiff summary judgment under the Federal Rule of Civil Procedure 56, granting all claims and granting Plaintiff such further relief as the Court deems just and appropriate.

Pursuant to Local Rule 7.1(a), Plaintiff's counsel sought Defendant's counsel's concurrence with this motion and the relief requested and explained the nature of the motion and its legal basis. Defendant's counsel advised that Defendant does not concur with the motion and does not consent to the relief requested.

1

Respectfully submitted,
ABDNOUR WEIKER LLP

*/s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour (P78203)
Coriann Gastol (P74904)
Jacquelyn Kmetz (P83575)
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com
coriann@education-rights.com
jacquelyn@education-rights.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I filed this Document by use of this Court's ECF system, which will serve copies to all counsel of record.

*/s/ Elizabeth K. Abdnour*

2