UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.G.,

       Plaintiff,                            Case No. 1:24–cv–00833–RJJ–SJB

  v.                                      Hon. Robert J. Jonker

KELLOGGSVILLE PUBLIC SCHOOLS, et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Scheduling Conference |
| Date/Time: | January 12, 2026   04:00 PM *(previously set for 1/12/26 at 2:00 p.m.)* |
| Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

*Note: Change in time only; updated joint status report due 1/5/26.*

                                                ROBERT J. JONKER
                                                United States District Judge

Dated:  November 24, 2025       By:   /s/ Stephanie Carpenter
                                                 Case Manager