UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.G. o/b/o G.G.　　　　　　　　　　　　　　　Case No.: 1:24-cv-833

　　　　Plaintiff/Appellant/Petitioner,　　　　Hon. Robert J. Jonker

v.　　　　　　　　　　　　　　　　　　　　　Mag. Sally J. Berens

Kelloggsville Public Schools, et al.

　　　　Defendants/Appellees/Respondents.

_____

**STIPULATION AND ORDER TO EXTEND
TIME TO FINALIZE SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendant Kelloggsville Public Schools that the deadline for the parties to file dismissal papers in the above captioned case shall be extended from December 12, 2025, to January 16, 2026.

The Parties respectfully request this extension and modification of the prior order for the following reasons. The settlement agreement has been agreed upon between the parties and the required waiting period under M.C.L. 400.106(d)(10)(a) has elapsed. However, Plaintiff's counsel has not yet received the signed settlement agreement from Plaintiff and understands it is in the mail. Once Plaintiff's counsel receives it, she will need to send it to Defendant's counsel for signature. Given the upcoming holidays and school closures, a mid-January deadline should prevent any additional extension requests.

No Party will be prejudiced by adjourning the hearing and extending the deadlines in this matter.

**IT IS SO STIPULATED** on December 11, 2025.

| | |
|---|---|
| *s/ Elizabeth K. Abdnour* | */s/Mark T. Ostrowski (with permission)* |
| Elizabeth K. Abdnour (P78203) | Mark T. Ostrowski (P49761) |
| Megan N. Mitchell (P87213) | Kyle J. Zielinski (P83962) |
| ABDNOUR WEIKER LLP | KLUCZYNSKI GIRTZ & VOGELZANG |
| 325 E. Grand River Ave., Ste. 250 | 3033 Orchard Vista Dr., S.E., Ste. 308 |
| East Lansing, MI 48823 | Grand Rapids, MI 49546 |
| (517) 994-1776 | (616) 559-8649 |
| liz@education-rights.com | marko@kgvlaw.com |
| megan@education-rights.com | kzielinski@kgvlaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant KPS* |

**IT IS SO ORDERED.**

Dated: _____           _____
                                                                                Hon. Robert J. Jonker
                                                                                U.S. District Court Judge

## CERTIFICATE OF SERVICE

I certify that on December 11, 2025, I filed this document by use of this Court's ECF system, which will serve copies to the Clerk and to all counsel of record.

*s/ Elizabeth K. Abdnour*