# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| **L.G. obo G.G.**<br><br>        Plaintiff,<br><br>v.<br><br>**KELLOGGSVILLE PUBLIC SCHOOLS, et al.,**<br><br>        Defendants. | Case No.: 1:24-cv-833<br><br>Hon. Robert J. Jonker |

## STIPULATION AND ORDER APPROVING SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendant Kelloggsville Public Schools (KPS) have entered into the Settlement Agreement attached as Exhibit 1.  Defendant Kent Intermediate School District is not a part of this agreement.

Plaintiffs and Defendant KPS believe the Settlement Agreement is fair to the minor child and hereby bring the Settlement Agreement before the judge to whom the action is assigned to pass on the fairness of the proposal pursuant to Mich. Ct. R. 2.420(B).

Plaintiffs and Defendant KPS stipulate and agree that each party shall be responsible for their own costs and attorneys fees.  Plaintiffs and Defendant KPS further stipulate and agree that the proceeds from the settlement will be held in trust for the minor child, Jane Doe, after payment of costs and fees.

Pursuant to Mich. Ct. R. 2.420(B)(1)(a), the Parties stipulate and agree that there is good cause not to make the minor child appear in court personally to allow the judge an opportunity to observe the nature of the injury, for the following reasons:

1. The injuries alleged consist primarily of educational loss and emotional distress, and are not physically visible nor easily assessed through conversation or questioning, as the minor child is only eight years old and is nonverbal;

2. Asking the minor child to appear in court personally to be questioned by the judge will likely cause him additional emotional and psychological harm; and

3. The injuries to the minor child are detailed at length in the Complaint (ECF No. 1) and it is unlikely that the minor child will be able to provide any additional information to the Court beyond what is included in the Complaint.

**IT IS SO STIPULATED** on December 23, 2025.


*/s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour (P78203)
Coriann Gastol (P74904)
Jacquelyn Kmetz (P83575)
ABDNOUR WEIKER LLP
Attorneys for Plaintiff
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com
coriann@education-rights.com
jacquelyn@education-rights.com


*/s/ Mark T. Ostrowski with permission*
Mark T. Ostrowski (P49761)
Jessica M. Stark (P80647)
KLUCZYNSKI, GIRTZ & VOGELZANG
Attorneys for Defendant KPS
3033 Orchard Vista Dr SE, Ste 308
Grand Rapids, MI 49546
(616) 559-8649
marko@kgvlaw.com

2

**IT IS SO ORDERED.**

_____
**HON. ROBERT J. JONKER**
**U.S. District Court Judge**

Dated:  _____