UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.G. o/b/o G.G.,

    Plaintiff,

v.

KELLOGGSVILLE PUBLIC
SCHOOLS, et al.,

    Defendants.
_____/

CASE NO. 1:24-cv-833

HON. ROBERT J. JONKER

## ORDER

The only claims left in the case are against Defendant KISD.  Each side has filed a Motion for Summary Judgment on the issues.  The Court has conducted a preliminary review of the briefing.  The Court has also reviewed the Joint Status Report filed by the parties in anticipation of a status conference set for January 12, 2026.  The Court **CANCELS** the status conference and will re-schedule as necessary after resolving the pending dispositive motions.

**IT IS SO ORDERED.**

Dated:  December 31, 2025

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE