UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.G. o/b/o G.G.,

    Plaintiff/Appellant/Petitioner,

v.

KELLOGGSVILLE PUBLIC SCHOOLS
and KENT INTERMEDIATE SCHOOL
DISTRICT,

    Defendants/Appellees/Respondents.

CASE NO:  1:24-CV-833

Hon. Robert J. Jonker

---

Elizabeth K. Abdnour (P78203)
Coriann Gastol (P74904)
ABDNOUR WEIKER LLP
Attorneys for Plaintiff
325 E Grand River Ave, Suite 250
East Lansing, MI 48823
(517) 994-1776
Email: liz@education-rights.com
Email: coriann@education-rights.com

Mark T. Ostrowski (P49761)
Jessica M. Stark-Flechsig (P80647)
Kyle J. Zielinski (P83962)
KLUCZYNSKI, GIRTZ & VOGELZANG
Attorneys for Defendant Kelloggsville PS
3033 Orchard Vista Drive, S.E., Suite 308
Grand Rapids, MI 49546
(616) 559-8649
Email: marko@kgvlaw.com
Email: jesstark@kgvlaw.com
Email: kzielinski@kgvlaw.com

Timothy J. Mullins (P28021)
Travis M. Comstock (P72025
GIARMARCO MULLINS AND HORTON
Attorneys for Defendant Kent ISD
101 W. Big Beaver, 10th Floor
Troy, MI 48084
(248) 457-7036
Email: tmullins@gmhlaw.com
Email: tcomstock@gmhlaw.com

## STIPULATION AND ORDER FOR DISMISSAL

    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys, that this matter as it pertains to the claims made against Defendant, Kelloggsville Public Schools, is hereby dismissed with prejudice and without costs to either party for the reason that a settlement has been reached between said parties which has been

approved by the Court. The claims made against Defendant, Kent Intermediate School District, are not dismissed and remain pending.

|  |  |
|---|---|
| | KLUCZYNSKI, GIRTZ & VOGELZANG |
| Date: January 26, 2026 | /s/ Kyle J. Zielinski<br>Kyle J. Zielinski  (P83962)<br>Mark T. Ostrowski  (49761)<br>Attorneys for Defendant Kelloggsville PS<br>3033 Orchard Vista Drive SE, Ste. 308<br>Grand Rapids, MI  49546<br>(616) 559-8649 |
| Date: January 26, 2026 | ABDNOUR WEIKER LLP<br>/s/ Elizabeth K. Abdnour<br>Elizabeth K. Abdnour  (P78203)<br>Attorney for Plaintiff<br>325 E. Grand River Ave., Suite 250<br>East Lansing, MI  48823<br>(517) 994-1776 |

## ORDER

This matter having come before the Court on the parties' Stipulation to Dismiss, and the Court being fully advised in the premises,

IT IS HERREBY ORDERED that the claims against Defendant, Kelloggsville Public Schools, are dismissed with prejudice and without costs or attorney fees to either party for the reason that a settlement has been reached between said parties. This Order does not include any issues or claims against Defendant Kent Intermediate School District.

IT IS SO ORDERED.

THIS IS NOT A FINAL ORDER AND DOES NOT CLOSE THE CASE.

_____<br>
Hon. Robert J. Jonker<br>
U.S. District Court Judge