UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.G. o/b/o G.G.,

    Plaintiff,

CASE NO. 1:24-cv-833

v.

HON. ROBERT J. JONKER

KELLOGGSVILLE PUBLIC
SCHOOLS, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered this day, and with the earlier Orders of the Court, Judgment is entered against Plaintiff and in favor of Defendants Kent Intermediate School District and Michigan Department of Education.  Plaintiff's claims against Kelloggsville Public School have been settled and dismissed under Rule 41(a).

Dated:  March 16, 2026

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE